# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KHALIL,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT,<br><br>　　　　　　　Respondent. | Case No. CV 15-9284-AG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: June 30, 2016

　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE